IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RHONDA REID, | * |
|     Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:21-CV-7 (CDL) |
| STATE OF GEORGIA and CHRISTOPHER CARR, | * |
| | * |
|     Defendants. | |
| | * |

O R D E R

The Court ordered Plaintiff to serve Defendants by August 31, 2021 and file proof of that service by September 7, 2021.  The Court warned that failure to file a proof of service would result in the dismissal of Plaintiff's Complaint against Defendants without prejudice.  Plaintiff did not file a proof of service.[1]  Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 14th day of September, 2021.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA

---

[1] Plaintiff suggests that her attempt to have Defendants waive service excuses her obligation to serve them when they refused to waive service. The law does not require a defendant to waive service, and there is no evidence that Defendants did so here.  Accordingly, her mere attempt to obtain waiver of service does not excuse her from the actual service requirements.